LYSSA S. ANDERSON
Nevada Bar No. 5781
RYAN W. DANIELS
Nevada Bar No. 13094
KAEMPFER CROWELL
1980 Festival Plaza Drive, Suite 650
Las Vegas, Nevada 89135
Telephone: (702) 792-7000
Fax: (702) 796-7181
landerson@kcnvlaw.com
rdaniels@kcnvlaw.com

**Attorneys for Defendant
LAS VEGAS METROPOLITAN POLICE**

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| BRYAN EDWARD O'NEAL, an individual; and KATHLEEN ROBINSON, an individual, <br><br> Plaintiff, <br><br> vs. <br><br> LAS VEGAS METROPOLITAN POLICE DEPARTMENT, a political subdivision of the State of Nevada; LINDA THEOBALD, an individual; PROKOPIOS ZIROS, an individual; GUSTAVO RIOS, an individual; CLARK COUNTY, a County existing under the laws of the State of Nevada; NAPHCARE, INC., an Alabama corporation; and DOES 1 through 25, inclusive; and ROE CORPORATIONS 1 through 25, inclusive; and POE MEDICAL PERSONNEL 1 through 25, inclusive; <br><br> Defendants. | Case No.: 2:17-cv-02765-APG-GWF <br><br> **STIPULATION, REQUEST AND ORDER EXTENDING TIME TO ANSWER OR OTHERWISE RESPOND TO PLAINTIFF'S COMPLAINT** <br><br> (First Request) |

Defendant Las Vegas Metropolitan Police Department ("LVMPD"), by and through its counsel, Lyssa Anderson, Esq., of the law firm of Kaempfer Crowell, and Bryan Edward O'Neal and Kathleen Robinson ("Plaintiffs"), by and through their counsel, Matthew Beasley, Esq. of the Beasley Law Group, PC hereby respectfully submit this Stipulation, Request and Order

Extending Time to Answer or Otherwise Respond to Plaintiffs' Complaint (the "Stipulation"). This Stipulation is made in accordance with LR 6-1, LR 6-2, and LR II 7-1 of the Local Rules of this Court. This is the first request for an extension of time to file an answer or otherwise respond to Plaintiff's Complaint.

LVMPD was served with Plaintiffs' Complaint on January 12, 2018. The instant extension is requested as LVMPD's Counsel requires additional time to prepare a responsive pleading to the Plaintiffs' Complaint.

Upon agreement by and between all the parties hereto as set forth herein, the undersigned respectfully requests this Court grant an extension of time, up to and including February 16, 2018, for LVMPD to file an answer or otherwise respond to Plaintiffs' Complaint. By entering into this Stipulation, none of the parties waive any rights they have under statute, law or rule with respect to Plaintiffs' Complaint.

DATED this 1st day of February, 2018.

| KAEMPFER CROWELL | BEASLEY LAW GROUP, PC |
|---|---|
| By: /s/ Lyssa S. Anderson<br>LYSSA S. ANDERSON<br>Nevada Bar No. 5781<br>RYAN W. DANIELS<br>Nevada Bar No. 13094<br>1980 Festival Plaza Drive<br>Suite 650<br>Las Vegas, Nevada 89135<br>**Attorneys for Defendant** | By: /s/ Matthew W. Beasley<br>MATTHEW BEASLEY, ESQ.<br>Nevada Bar No. 9756<br>1872 Shy Albatross Avenue<br>North Las Vegas, Nevada 89084<br>**Attorney for Plaintiffs** |

**ORDER**

IT IS SO ORDERED.

_/s/ George Foley Jr._
UNITED STATES MAGISTRATE JUDGE

Dated: February 5, 2018