LYSSA S. ANDERSON
Nevada Bar No. 5781
RYAN W. DANIELS
Nevada Bar No. 13094
KAEMPFER CROWELL
1980 Festival Plaza Drive, Suite 650
Las Vegas, Nevada 89135
Telephone: (702) 792-7000
Fax: (702) 796-7181
landerson@kcnvlaw.com
rdaniels@kcnvlaw.com

**Attorneys for Defendant**
**LAS VEGAS METROPOLITAN POLICE**

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| BRYAN EDWARD O'NEAL, an individual; and KATHLEEN ROBINSON, an individual, | Case No.: 2:17-cv-02765-APG-GWF |
| Plaintiff, | **STIPULATION, REQUEST AND ORDER EXTENDING TIME TO ANSWER OR OTHERWISE RESPOND TO PLAINTIFF'S COMPLAINT** |
| vs. | |
| LAS VEGAS METROPOLITAN POLICE DEPARTMENT, a political subdivision of the State of Nevada; LINDA THEOBALD, an individual; PROKOPIOS ZIROS, an individual; GUSTAVO RIOS, an individual; CLARK COUNTY, a County existing under the laws of the State of Nevada; NAPHCARE, INC., an Alabama corporation; and DOES 1 through 25, inclusive; and ROE CORPORATIONS 1 through 25, inclusive; and POE MEDICAL PERSONNEL 1 through 25, inclusive; | (Second Request) |
| Defendants. | |

Defendants, Las Vegas Metropolitan Police Department, ("LVMPD"), by and through its

counsel, Lyssa Anderson, Esq., of the law firm of Kaempfer Crowell, and Bryan Edward O'Neal

and Kathleen Robinson ("Plaintiffs"), by and through their counsel, Matthew Beasley, Esq. of

**KAEMPFER CROWELL**
1980 Festival Plaza Drive
Suite 650
Las Vegas, Nevada 89135

the Beasley Law Group, PC hereby respectfully submit this Stipulation, Request and Order Extending Time to Answer or Otherwise Respond to Plaintiffs' Complaint (the "Stipulation"). This Stipulation is made in accordance with LR 6-1, LR 6-2, and LR II 7-1 of the Local Rules of this Court. This is the second request for an extension of time to file an answer or otherwise respond to Plaintiff's Complaint.

LVMPD was served with Plaintiffs' Complaint on January 12, 2018. The Court previously granted the first extension for LVMPD to respond to the Complaint until February 16, 2018. [ECF No. 6]. Since that time, the individual Officers named in the Complaint have been served with the Complaint as well. Moreover, the materials related to the Complaint are voluminous and must be reviewed prior to responding to the Complaint. As such, the instant extension is requested as LVMPD's Counsel requires additional time to prepare a responsive pleading to the Plaintiffs' Complaint.

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

KAEMPFER CROWELL
1980 Festival Plaza Drive
Suite 650
Las Vegas, Nevada 89135

Upon agreement by and between all the parties hereto as set forth herein, the undersigned respectfully requests this Court grant an extension of time, up to and including February 23, 2018, for LVMPD to file an answer or otherwise respond to Plaintiffs' Complaint. By entering into this Stipulation, none of the parties waive any rights they have under statute, law or rule with respect to Plaintiffs' Complaint.

DATED this 15th day of February, 2018.

KAEMPFER CROWELL

By:  /s/ Lyssa S. Anderson
    LYSSA S. ANDERSON
    Nevada Bar No. 5781
    RYAN W. DANIELS
    Nevada Bar No. 13094
    1980 Festival Plaza Drive
    Suite 650
    Las Vegas, Nevada 89135
    **Attorneys for Defendant**

BEASLEY LAW GROUP, PC

By:  /s/ Matthew Beasley
    MATTHEW BEASLEY, ESQ.
    Nevada Bar No. 9756
    1872 Shy Albatross Avenue
    North Las Vegas, Nevada 89084
    **Attorney for Plaintiffs**

**ORDER**

IT IS SO ORDERED.

_____
UNITED STATES MAGISTRATE JUDGE

Dated: February 20, 2018
_____

KAEMPFER CROWELL
1980 Festival Plaza Drive
Suite 650
Las Vegas, Nevada 89135