UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| BRYAN EDWARD O'NEAL, an individual; and KATHLEEN ROBINSON, an individual,<br><br>Plaintiffs,<br><br>v.<br><br>LAS VEGAS METROPOLITAN POLICE DEPARTMENT, a political subdivision of the State of Nevada; LINDA THEOBALD, an individual; PROKOPIOS ZIROS, an individual; GUSTAVO RIOS, an individual; CLARK COUNTY, a County existing under the law of the State of Nevada; NAPHCARE, INC., an Alabama corporation; and DOES 1 through 25, inclusive; and ROE CORPORATIONS 1 through 25, inclusive; and POE MEDICAL PERSONNEL 1 through 25, inclusive,<br><br>Defendants. | Case No. 2:17-CV-02765-APG-EJY<br><br>**ORDER** |

Before the Court is First Motion to Withdraw as Counsel for Bryan Edwards O'Neal (ECF No. 60) and Kathleen Robinson (ECF No. 61). Also before the Court is the Ninth Stipulation to Extend Discovery (ECF No. 62).

After carefully considering all three documents, and no opposition having been filed to the Motions to Withdraw, the Court finds good cause for counsel Brandon McCoy's request to withdraw.

Accordingly,

IT IS HEREBY ORDERED that the Motion to Withdraw, docketed as ECF Nos. 60 and 61, is GRANTED.

IT IS FURTHER ORDERED that discovery shall be stayed for twenty-one (21) days from the date of this Order. During this twenty-one day period all pending discovery due dates are stayed

and no additional discovery or discovery motions shall be filed. This period is provided to allow Plaintiffs an opportunity to obtain new counsel without any adverse impact resulting from withdrawal of present counsel.

IT IS FURTHER ORDERED that at the conclusion of the twenty-one day stay, if alternative due dates for pending discovery are not mutually agreed upon, which agreement shall be submitted to the Court through a stipulation, Plaintiffs shall have one additional thirty day period during which they are to respond to presently pending discovery. No further extensions of the deadline for responding to currently pending discovery requests shall be allowed.

IT IS FURTHER ORDERED that the following discovery schedule shall apply:

- The discovery cutoff date shall be May 26, 2020.
- The initial expert disclosure cutoff date shall be March 25, 2020.
- The rebuttal expert disclosure cutoff date shall be April 27, 2020.
- The last day to file dispositive motions shall be June 22, 2020.
- *Daubert* and *Motions in Limine* shall be due 30 days before trial. Oppositions shall be due 14 days later. No replies shall be filed without leave of Court.
- The Joint Pretrial Order ("JPO") shall be due 30 days after the close of discovery unless dispositive motions are filed, in which case the JPO shall be due 30 days after the Court issues its order(s) on such motions.
- No interim status report need be filed.

IT IS FURTHER ORDERED that the Ninth Stipulation for Extension of Time (ECF No. 62) is DENIED as moot.

DATED: December 26, 2019

_____
ELAYNA J. YOUCHAH
UNITED STATES MAGISTRATE JUDGE