AO450 (NVD Rev. 2/18) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

Bryan Edward O'Neal, et al.,

          Plaintiffs,

   v.

Las Vegas Metropolitan
Police Department, et al.

          Defendants.

JUDGMENT IN A CIVIL CASE FOR ATTORNEY'S FEES

Case Number: 2:17-cv-02765-APG-EJY

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☐ **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

☒ **Decision by Court.** This action came for consideration before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

that attorneys fees are awarded in favor of LVMPD Defendants in the amount of $4,794.00 and NaphCare Defendants in the amount of $6,421.00. IT IS FURTHER ORDERED that Plaintiffs O'Neal and Robinson are jointly and severally responsible for payment of the attorneys' fees awarded.

| | |
|---|---|
| 9/3/2020 | DEBRA K. KEMPI |
| Date | Clerk |
| | /s/ M. Reyes |
| | Deputy Clerk |